```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-03-448 FCD
                                 )
12              Plaintiff,       )
                                 )  STIPULATION; ORDER
13                               )
    ARMANDO SERRANO,             )
14  JUAN ALBERTO SERRANO, and    )  "ORDER MODIFIED"
    LISA SEPULVEDA,              )
15                               )
                Defendants.      )
16  _____)
```

17       Defendant Armando Serrano, through Anna Ling, Attorney At
18  Law, defendant Juan Alberto Serrano, through Shari Rusk, Attorney
19  At Law, and defendant Lisa Sepulveda, through Donald P. Dorfman,
20  Attorney At Law, and the United States of America, through
21  Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
22  status conference scheduled for June 20, 2005, and agree to
23  continue that status conference to Tuesday, July 12, 2005,
24  at 10:30 a.m.
25       This continuance is being requested in that a global
26  resolution has been reached in this case for all defendants,
27  including fugitive defendant Jaime Serrano.  Time is needed to
28  execute all of the Plea Agreements.  Additionally, the surrender

1 | of Jaime Serrano must be arranged.
2 |     The parties further agree that time should be excluded
3 | through July 11, 2005, from computation under the Speedy Trial Act
4 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
5 | to afford the defendants reasonable time to prepare their cases.

DATED:_____          Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      By/s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney

DATED:_____          /s/Anna Ling
                                      ANNA LING
                                      Attorney for Armando Serrano
                                      (Signed by Kenneth J. Melikian
                                       per authorization by Anna Ling)

DATED:_____          /s/Shari Rusk
                                      SHARI RUSK
                                      Attorney for Juan Alberto Serrano
                                      (Signed by Kenneth J. Melikian
                                     per authorization by Shari Rusk)

DATED:_____          /s/ Donald P. Dorfman
                                      DONALD P. DORFMAN
                                      Attorney for Lisa Sepulveda
                                      (Signed by Kenneth J. Melikian
                                     per authorization by Donald P.
                                     Dorfman)

    IT IS SO ORDERED.

DATED: June 17, 2005            /s/ Frank C. Damrell Jr.
                                      HONORABLE FRANK C. DAMRELL
                                      U.S. District Court Judge